UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

Christopher M. Wolpert  
Clerk of Court

Jane K. Castro  
Chief Deputy Clerk

August 14, 2024

Joseph Davis
Amanda Gray Dixon
Mark Rienzi
Eric C. Rassbach
Nicholas Robert Reaves
Jordan Varberg
Becket Fund for Religious Liberty
1919 Pennsylvania Avenue NW, Suite 400
Washington, DC 20006

RE:   24-1267, St. Mary Catholic, et al v. Roy, et al
      Dist/Ag docket: 1:23-CV-02079-JLK

Dear Counsel:

The appendix received in the subject case does not comply with the form requirements of 10th Cir. R. 30.1(D) (note that all form requirements also apply to supplemental appendices). Specifically:

- The appendix is not searchable. *See* 10th Cir. R. 25.3, 10th Cir. R. 30.1(D), and the 10th Circuit CM/ECF User's Manual at Section III G (page 19). **Specifically: volume 1 – docket sheet, volume 2 – pages 1-310 and pages 552-576, volume 4 – the intire transcript, and all of volume 5 is not searchable.**

You must file a proper appendix as required by the rules [OR- motion to exempt particular documents from inclusion in the electronic appendix]. Please file a corrected appendix within three days of the date of this notice. Do not file paper copies of your appendix and brief until the court has received the corrected electronic appendix and issued notice it is compliant.

The brief that was submitted with the appendix is acceptable for filing and will be filed upon receipt of the corrected appendix. However, if the corrections made to the appendix affect citations in the brief, a revised brief with corrected appendix citations will need to be submitted.

The time to file a response brief will run from the date of service of the appendix.

Please contact this office if you have questions.

Sincerely,

Christopher M. Wolpert
Clerk of Court


CC: Counsel of record
CMW/jjh