**No. 24-1267**

# IN THE UNITED STATES COURT OF APPEALS
## FOR THE TENTH CIRCUIT

ST. MARY CATHOLIC PARISH IN LITTLETON;
ST. BERNADETTE CATHOLIC PARISH IN LAKEWOOD;
DANIEL SHELEY; LISA SHELEY; AND
THE ARCHDIOCESE OF DENVER,

*Plaintiffs-Appellants,*

v.

LISA ROY, IN HER OFFICIAL CAPACITY AS EXECUTIVE DIRECTOR OF THE
COLORADO DEPARTMENT OF EARLY CHILDHOOD; AND DAWN ODEAN, IN
HER OFFICIAL CAPACITY AS DIRECTOR OF COLORADO'S UNIVERSAL
PRESCHOOL PROGRAM,

*Defendants-Appellees.*

On Appeal from the United States District Court
for the District of Colorado
Case No. 1:23-cv-2079 – Hon. John L. Kane

**UNOPPOSED MOTION FOR LEAVE TO FILE AMICUS BRIEF
ON BEHALF OF *AMICUS CURIEA*, THE JEWISH COALITION
FOR RELIGIOUS LIBERTY, THE ROCKY MOUNTAIN
DISTRICT LUTHERAN CHURCH MISSOURI SYNOD, AND THE
COLORADO ASSOCIATION OF PRIVATE SCHOOLS**

Andrew M. Nussbaum
First & Fourteenth PLLC
2 North Cascade Ave., Suite 1430
Colorado Springs, CO 80903
(719) 428-4937
andrew@first-fourteenth.com

*Counsel for Amicus Curiea*

## MOTION FOR LEAVE TO FILE AMICUS

Pursuant to Federal Rule of Appellate Procedure 29(a)(3), *Amici* respectfully seek leave to file the attached amicus brief supporting Plaintiff-Appellant Plaintiff-Appellants and Defendant-Appellees consent to *Amici's* filing pursuant to Federal Rule of Appellate Procedure 29(a)(2). This motion is accompanied by the required Disclosure Statement.

This case presents the question whether Colorado's policies implementing its Universal Pre-school Program violate the First Amendment by prohibiting religious schools from participating who cannot consent to aspects of the Program's Equal Opportunity Mandate without violating their sincerely held religious beliefs. The Program affects a large swath of Colorado families of faith from disparate denominations—Jewish, Muslim, Protestant, Catholic, Orthodox, and others—for whom a religious preschool is the right fit for their children.

*Amici*, the Jewish Coalition for Religious Liberty, the Rocky Mountain District of the Lutheran Church Missouri-Synod, and the Colorado Association of Private Schools are a coalition of religiously diverse organizations who together move to file an amicus brief explaining the

1

broader implications of the Program. A copy of the proposed brief is filed simultaneously herewith. Amici's brief provides the Court with a wider lens regarding the importance religious preschools play in Colorado's mixed-delivery system of early childhood education.

"Federal courts have discretion in allowing participation as amicus curiae." *New Mexico Oncology & Hematology Consultants, Ltd. v. Presbyterian Healthcare Servs.*, 994 F.3d 1166, 1175–76 (10th Cir. 2021).

> Under Appellate Rule 29(b), a motion seeking leave to participate as amicus must, state the movant's interest, "why an amicus brief is desirable," and "why the matters asserted are relevant to the disposition of the case." See Fed. R. App. P. 29(b)(3).

All these factors are met by Amici here.

The brief shows that religious preschools play an essential role for many of Colorado's families. The brief shows that allowing religious families to choose a religious preschool is essential to the proper functioning of a "mixed-delivery" system of early childhood education. Yet notwithstanding the significant benefits a mixed-delivery system provides by including a diversity of preschool types, including religious preschools, Defendants' implementing policies undercut those benefits by

effectively prohibiting a large swath of Colorado's religious families from participating.

For these reasons, *amici* respectfully request leave to file their brief filed simultaneously herewith.

Dated: August 20, 2024

Respectfully submitted,

/s/ *Andrew Nussbaum*

Andrew Nussbaum
First & Fourteenth PLLC
2 North Cascade Ave., Suite 1430
Colorado Springs, CO 80903
(719) 482-4937
andrew@first-fourteenth.com