# IN THE UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT

ST. MARY CATHOLIC PARISH IN LITTLETON;
ST. BERNADETTE CATHOLIC PARISH IN LAKEWOOD;
DANIEL SHELEY; LISA SHELEY;
THE ARCHDIOCESE OF DENVER,

*Plaintiffs-Appellants,*

v.

LISA ROY, in her official capacity as Executive Director
of the Colorado Department of Early Childhood;
DAWN ODEAN, in her official capacity as Director
of Colorado's Universal Preschool Program,

*Defendants-Appellees.*

On Appeal from the United States District Court
for the District of Colorado
Case No. 1:23-cv-2079-JLK – Hon. John L. Kane

## APPELLANTS' RESPONSE TO AMICUS CURIAE MOTION

Eric C. Rassbach
Mark L. Rienzi
Joseph C. Davis
Nicholas R. Reaves
Jordan T. Varberg
Amanda G. Dixon
The Becket Fund for Religious Liberty
1919 Pennsylvania Ave. N.W., Ste. 400
Washington, DC 20006
(202) 955-0095
nreaves@becketlaw.org

*Counsel for Plaintiffs-Appellants*

Appellants do not consent to the filing of the proposed "FAS" amicus brief, Dkt.96, or to the related motion to file out of time, Dkt.94.[1] Should the Court nevertheless grant leave to file the proposed amicus brief out of time, Appellants request a corresponding extension of time for filing their reply brief. Fed. R. App. P. 29(a)(6).

Respectfully submitted,

/s/ Nicholas R. Reaves
Eric C. Rassbach
Mark L. Rienzi
Joseph C. Davis
Nicholas R. Reaves
Jordan T. Varberg
Amanda G. Dixon
The Becket Fund for Religious Liberty
1919 Pennsylvania Ave, N.W.
  Suite 400
Washington, D.C. 20006
(202) 955-0095
nreaves@becketlaw.org

*Counsel for Plaintiffs-Appellants*

October 25, 2024

---

[1] Counsel for "FAS" contacted  counsel for Appellants seeking consent for leave to file the brief at 3:57 p.m. MT (5:57 p.m. ET) on October 24, a day after amicus briefs were due and a little less than four hours before the motion for leave to file out of time was filed.

1

## CERTIFICATE OF DIGITAL SUBMISSION

I hereby certify that with respect to the foregoing:

1. All required privacy redactions have been made;

2. If required to file additional hard copies, the hard copies submitted to the clerk are exact copies of the ECF submission;

3. The digital submission has been scanned for viruses with the most recent version of a commercial virus scanning program, Microsoft Defender Antivirus, and according to the program is free of viruses.

Dated: October 25, 2024      <u>/s/ Nicholas R. Reaves</u>
                             Nicholas R. Reaves

## CERTIFICATE OF SERVICE

I hereby certify that on October 25, 2024, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Tenth Circuit by using the CM/ECF system. I certify that all participants in this case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

Dated: October 25, 2024          /s/ Nicholas R. Reaves
                                 Nicholas R. Reaves