# UNITED STATES COURT OF APPEALS

# FOR THE TENTH CIRCUIT

_____

FILED
United States Court of Appeals
Tenth Circuit

September 30, 2025

Christopher M. Wolpert
Clerk of Court

ST. MARY CATHOLIC PARISH IN LITTLETON; ST. BERNADETTE CATHOLIC PARISH IN LAKEWOOD; LISA SHELEY; DANIEL SHELEY; ARCHDIOCESE OF DENVER,

    Plaintiffs - Appellants,

v.

LISA ROY, in her official capacity as Executive Director of the Colorado Department of Early Childhood; DAWN ODEAN, in her official capacity as Director of Colorado's Universal Preschool Program,

    Defendants - Appellees.

------------------------------

THE JEWISH COALITION FOR RELIGIOUS LIBERTY; THE ROCKY MOUNTAIN DISTRICT LUTHERAN CHURCH MISSOURI SYNOD; THE COLORADO ASSOCIATION OF PRIVATE SCHOOLS; EDCHOICE, INC.; THE CONSCIENCE PROJECT; ANDY ABOLS; KARINA RAMIREZ; ANA KAREN MEIER; JILL HALL; MELISSA DE LA CRUZ; PROTECT THE FIRST FOUNDATION; LAWRENCE G. SAGER; NELSON TEBBE; SCHOLARS FOR THE ADVANCEMENT OF CHILDREN'S CONSTITUTIONAL RIGHTS; AMERICANS UNITED FOR SEPARATION OF CHURCH AND STATE; AMERICAN CIVIL LIBERTIES

No. 24-1267
(D.C. No. 1:23-CV-02079-JLK)
(D. Colo.)

UNION; ACLU OF COLORADO; CENTRAL CONFERENCE OF AMERICAN RABBIS; INTERFAITH ALLIANCE; INTERFAITH ALLIANCE OF COLORADO; KESHET; LAMBDA LEGAL DEFENSE AND EDUCATION FUND; THE SIKH COALITION; UNION FOR REFORM JUDAISM; WOMEN OF REFORM JUDAISM; FIRST AMENDMENT SCHOLAR,

Amici Curiae.

---

# JUDGMENT

---

Before **PHILLIPS**, **ROSSMAN**, and **FEDERICO**, Circuit Judges.

---

This case originated in the District of Colorado and was argued by counsel.

The judgment of that court is affirmed.

Entered for the Court

CHRISTOPHER M. WOLPERT, Clerk