**Supreme Court of the United States**
**Office of the Clerk**
**Washington, DC  20543-0001**

Scott S. Harris
Clerk of the Court
(202) 479-3011

November 17, 2025

Clerk
United States Court of Appeals for the Tenth
Circuit
Byron White Courthouse
1823 Stout Street
Denver, CO  80257

       Re:  St. Mary Catholic Parish, Littleton, Colorado, et al.
            v. Lisa Roy, in Her Official Capacity as Executive Director of the
            Colorado Department of Early Childhood, et al.
            No. 25-581
            (Your No. 24-1267)

Dear Clerk:

       The petition for a writ of certiorari in the above entitled case was filed on
November 13, 2025 and placed on the docket November 17, 2025 as No. 25-581.

                              Sincerely,

                              **Scott S. Harris**, Clerk

                              by

                              Pipa Fisher
                              Case Analyst