# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

April 20, 2026

Clerk
United States Court of Appeals for the Tenth
Circuit
Byron White Courthouse
1823 Stout Street
Denver, CO  80257

Re:  St. Mary Catholic Parish, Littleton, Colorado, et al.
v. Lisa Roy, in Her Official Capacity as Executive Director of the
Colorado Department of Early Childhood, et al.
No. 25-581
(Your No. 24-1267)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is granted limited to Questions 1 and 2 presented by the petition.

Sincerely,

**Scott S. Harris**, Clerk